

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2019

No. 04-18-00609-CV

Allison **WHITE,**
Appellant

v.

Jason **WALSH,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02528
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The panel has considered the appellee's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court